UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 3:12-cr-049-RCJ-VPC |
| vs. | ) | |
| | ) | |
| ANTOINE MOUNTON, | ) | |
| | ) | |
| Defendant. | ) | **ORDER** |
| | ) | |

On July 23, 2012, the court granted Lauren D. Gorman's oral motion to withdraw as counsel and ordered new counsel appointed (#17). Therefore;

IT IS HEREBY ORDERED that Jeremy Delicino, Esq. is appointed as counsel for Antoine Mounton in place of the Federal Public Defender for all future proceedings.

IT IS FURTHER ORDERED that the Federal Public Defender shall forward the file to Mr. Delicino forthwith.

Dated this 26th day of July, 2012.

Nunc Pro Tunc Date: July 26, 2012.

_____
ROBERT C. JONES
United States District Judge